No. 84–589.   DOWLING v. UNITED STATES.   C. A. 9th Cir. Certiorari granted limited to Question I presented by the petition.

No. 84–648.   SEDIMA, S. P. R. L. v. IMREX CO., INC., ET AL. C. A. 2d Cir.   Certiorari granted and case set for oral argument in tandem with No. 84–822, *American National Bank* v. *Haroco, Inc.*, immediately *infra.*

No. 84–822.   AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. v. HAROCO, INC., ET AL.   C. A. 7th Cir. Certiorari granted and case set for oral argument in tandem with No. 84–648, *Sedima, S. P. R. L.* v. *Imrex Co.*, immediately *supra.*

No. 84–835.   NEW JERSEY DEPARTMENT OF CORRECTIONS v. NASH; and
No. 84–776.   CARCHMAN, MERCER COUNTY PROSECUTOR v. NASH.   C. A. 3d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari in No. 84–835 is granted. Certiorari in No. 84–776 is granted limited to Question 1 presented by the petition.   Cases are consolidated and a total of one hour is allotted for oral argument.   Reported below: 739 F. 2d 878.

No. 83–1999.   EISENBERG v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 83–2011.   NISHIBAYASHI v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6884.   VISTOSO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–15.   SIGLER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–17.   LAHODNY ET AL. v. NUNEZ ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–197.   SUTTON v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–269.   BLOOM v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.